UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAGOBERTO TORRES, | ) | 1:12-cv—01831-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING RESPONDENT TO |
| | ) | FILE OPPOSITION OR NOTICE OF NON- |
| | ) | OPPOSITION TO PETITIONER'S MOTION |
| v. | ) | FOR BAIL NO LATER THAN MAY 20, |
| | ) | 2013 |
| MICHAEL BENOV, Warden, | ) | |
| | ) | ORDER DIRECTING PETITIONER TO |
| Respondent. | ) | FILE ANY REPLY TO OPPOSITION TO |
| | ) | THE MOTION FOR BAIL NO LATER THAN |
| | ) | TWENTY (20) DAYS AFTER THE DATE |
| | | THE OPPOSITION WAS FILED |

Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is the Petitioner's motion for bail pending resolution of the first amended petition (FAP) for writ of habeas corpus. The motion was filed on April 3, 2013.

On January 18, 2013, Respondent was directed to submit an answer to the FAP. On March 19, 2013, Respondent filed a motion

1

for an extension of time to file an answer to the petition, which was granted by the Court's order of March 20, 2013, which extended for sixty days the deadline for the filing of the answer until approximately May 20, 2013. Petitioner subsequently filed an ex parte opposition to the motion for extension of time on the ground that because he was actually innocent of his commitment offense, the delay was prejudicial to Petitioner. No opposition to the motion for bail pending resolution of the petition has yet been filed.

In view of the schedule for the filing of an answer, and in order to avoid unnecessary delay in the determination of the motion for bail, the Court exercises its discretion to set forth a schedule for briefing on the motion for bail.

Accordingly, it is ORDERED that:

1) Respondent's opposition or notice of non-opposition to the motion for bail shall be FILED no later than May 20, 2013; and

2) Any reply to any opposition filed by Respondent shall be FILED by Petitioner no later than twenty (20) days after the date the opposition was filed.

IT IS SO ORDERED.

**Dated:   May 2, 2013**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE